FILED

08 JAN 18 PM 3:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

WILLIAM P. SHANNAHAN, ESQ.
California State Bar Number 33226
1200 Prospect Street, Suite 425
La Jolla, California 92037
Telephone Number:  (858) 454-4424
Facsimile Number:  (858) 551-2161

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0110 J RBB

| | |
|---|---|
| FOURTH INVESTMENT LP, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America<br><br>　　　　　Defendants. | Case No.<br><br>COMPLAINT FOR RECOVERY OF WRONGFUL LEVY |

　　Comes now Fourth Investment LP, a California Limited Partnership by and through its attorneys of record, hereby alleges and avers as follows:

## JURISDICTION AND VENUE

1.　This Court has jurisdiction over this action pursuant to 28 U.S.C. §1346(e) and 26 U.S.C.A. § 7426.

2.　Venue is proper under 28 U.S.C.A. §1402(c).

## BASIS OF COMPLAINT

Complaint for Recovery of Wrongful Levy

- 1 -

3. Plaintiff is a California Limited Partnership having its principal place of business in San Diego, California within the Southern District of California.

4. Defendant is the United States of America, acting by and through its authorized agents.

5. Don Ballantyne and Susanne C. Ballantyne (Ballantynes) are citizens of the Untied States and residents of the State of California residing in San Diego, California.

6. Plaintiff was properly formed on June 21, 1995 and has continuously operated as a valid California Limited Partnership separate and distinct from its partners.

7. Plaintiff is informed and believes and therefore alleges that the Ballantynes are not partners in plaintiff, and that the property illegally and unlawfully seized by lien and levy is owned by the Plaintiff.

8. Plaintiff is informed and believes and therefore alleges that the Ballantynes have no ownership interest in the property liened, levied and seized by the Defendant.

9. On or about July 17, 2006, Defendant illegally arbitrarily and unlawfully issued and recorded a lien against Plaintiff's property interest located at 1280 Fourth Avenue, San Diego, California, 92101 for income tax liability of the Ballantynes for the calendar years 1985, 1986, 1990, and 1997 in the amount of $5,212,494.62. A copy of the notice of federal tax lien recorded on July 17, 2006 in the San Diego County Recorder's Office is attached hereto as Exhibit A and incorporated by reference.

10. Defendant erroneously contended that the Plaintiff is the nominee/alter ego of Susanne C. Ballantyne to justify its seizure of Plaintiff's property. Such arbitrary, unreasonable, and capricious action is illegal and unlawful.

11. On March 21, 2007, the Plaintiff filed an administrative request for return of the unlawful and illegal seizure of Plaintiff's property with the District Director in Laguna Niguel, California 92677, pursuant to applicable statute and regulation under Title 26 and within the Procedural requirement of 26 U.S.C.A. §6343(b).

12. Without affording the Plaintiff's administrative request, pursuant to 26 U.S.C.A. §§ 6630 and 6343(b), the Defendant has illegally, arbitrarily, and unlawfully refused to act on Plaintiff's administrative request and denied the return of Plaintiff's property.

13. Plaintiff's administrative request for return of Plaintiff's property alleged that the Ballantynes held no interest in the Plaintiff or the Plaintiff's property at 1280 Fourth Avenue, San Diego, California 92101 and that the Plaintiff is the lawful owner of the property.

14. The failure of Defendant to grant Plaintiff a hearing and failure to consider the administrative request is an abuse of discretion by the Defendant.

15. This complaint is timely filed consistent with the procedural requirement of 26 U.S.C.A. §6532.

16. The actions of Defendant as described above were not substantively justified.

### PRAYER FOR RELIEF

Wherefore Plaintiff prays that the Court grant the following relief:

1. The Defendant return Plaintiff's property.

2. The Defendant pay any damages arising from Defendant's wrongful actions.

3. The Defendant be awarded attorney's fees and costs; and

4. Plaintiff receives such other relief as determined by the Court.

1  Date 16th day of January 2008
2
3                                    Respectfully submitted,
4                                    *[signature: William P. Shannahan]*
5                                    William P. Shannahan, Attorney for Plaintiff
6
                                     Fourth Investments LP, a California Limited Partnership
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                       Complaint for Recovery of Wrongful Levy
28

*Please complete this information.*

RECORDING REQUESTED BY:
Internal Revenue Service
AND WHEN RECORDED MAIL TO:

Internal Revenue Service
PO BOX 145585 Stop 8420G
Cincinnati, OH 45250-5585

F8
2P

14502

DOC #   2006-0502001



JUL 17, 2006    4:15 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:            10.00
PAGES:               2

2006-0502001

Space above this line reserved for Recorder's Use Only
Govt. Code 27361.6

# Notice of Federal Tax Lien

(Please fill in document title(s) on this line)
Govt. Code 27324

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
Govt. Code 27361.6
(Additional recording fee applies)

EXHIBIT A

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH 45250-5585

14503

For Optional Use by Recording Office

Form 668 (Y)(c)
(Rev. February 2004)

3511 Department of the Treasury - Internal Revenue Service
# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (800) 913-6050

Serial Number
299991506

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.                Nominee of

Name of Taxpayer: FOURTH INVESTMENT LIMITED PARTNERSHIP AS NOMINEE/ALTER EGO OF SUSANNE C. BALLANTYNE, AKA SUSANNE C. MCLANE, FKA SUSANNE C. CRAMER

Residence: 3207 MCCALL STREET
SAN DIEGO, CA 92106

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1985 | XXX-XX-9422 | 06/30/1997 | 07/30/2007 | 1376986.07 |
| 1040 | 12/31/1986 | XXX-XX-9422 | 06/30/1997 | 07/30/2007 | 3796182.02 |
| 1040 | 12/31/1990 | XXX-XX-9422 | 01/02/1995 | N/A | 26795.38 |
| 1040 | 12/31/1997 | XXX-XX-9422 | 11/16/1998 | 12/16/2008 | 12531.15 |

This Federal Tax Lien is filed to attach to the interest of Fourth Investment Limited Partnership as nominee/alter ego of Susanne C. Ballantyne, aka Susanne C. McLane, fka Susanne C. Cramer in the specific real property commonly known as: 1280 Fourth Avenue, San Diego, CA 92101. Legal Description: AN UNDIVIDED 12.5% INTEREST IN THE NORTH HALF OF LOT K AND ALL OF LOT L IN BLOCK 11 OF HORTON'S ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND ALL IMPROVEMENTS THEREON. Assessor's parcel number 535-434-10-00.

Place of Filing
COUNTY RECORDER
SAN DIEGO COUNTY
SAN DIEGO, CA 92101

Total $ 5212494.62

This notice was prepared and signed at LOS ANGELES, CA, on this, the 27th day of June, 2006.

Signature: R. A. Mitchell
for M. RAINES

Title: REVENUE OFFICER
(760) 471-5900

27-06-3116

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     # 146646    - BH

       January 18, 2008
          15:14:35


       Civ Fil Non-Pris
USAO #.: 08CV0110 CIVIL FILING
Judge..: NAPOLEON A JONES, JR
Amount.:                 $350.00 CK
Check#.: BC# 6057



       Total-> $350.00



    FROM: FOURTH INVESTEMENT V. U.S.A.
          CIVIL FILING
```

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Fourth Investment LP., a California Limited Partnership

**(b)** County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William P. Shannahan, Esq. 1200 Prospect Street, Suite 425
La Jolla, CA 92037 (858) 454-4424

## DEFENDANTS
United States of America

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 0110 J RBB

FILED 08 JAN 18 PM 3:15 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☒ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USCA Section 7426
Brief description of cause:
Recovery of property from levy

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,212,494.62
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 01/16/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ William P. Shannahan

**FOR OFFICE USE ONLY**
RECEIPT # 146646  AMOUNT $350  1/18/08 BY  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.   **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.   **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:      U.S. Civil Statute: 47 USC 553
                                                              Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.