Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Fourth Investment LP., a California
Limited Partnership

vs

United States of America

FILED
08 JAN 18 PM 3:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

08 CV 0110 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William P. Shannahan, 1200 Prospect Street Suite 425, La Jolla CA 92037 (858) 454-4424

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           JAN 18 2008
_____                     _____
CLERK                                            DATE
J. HARRIS

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## ATTACHMENT TO
## SUMMONS IN A CIVIL ACTION
## (RETURN OF SERVICE)

**Method of Service:**

Other:  As to Defendant, U.S. Department of Justice, by Certified Mail, in a package with sufficient postage addressed as follows:

Michael Mukasey
Attorney General
Civil Trial Section
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530


Local Office as follows:

Mary Wiggins
Process Clerk
U.S. Department of Justice, Civil Division
101 W. Broadway, 15th Floor
San Diego, CA 92101