Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Fourth Investment LP., a California Limited Partnership

vs

United States of America

DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0110 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William P. Shannahan, 1200 Prospect Street Suite 425, La Jolla CA 92037 (858) 454-4424

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

JAN 1 8 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE January 28, 2008 |
| NAME OF SERVER  Alejandra Thorpe | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[X] Other (specify):   see attachment

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: January 28, 2008
        Date                    Signature of Server
                                see attachment
                                Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT TO
## SUMMONS IN A CIVIL ACTION
## (RETURN OF SERVICE)

**Method of Service:**

Other:  As to Defendant, U.S. Department of Justice, by Certified Mail, in a package with sufficient postage addressed as follows:

Michael Mukasey
Attorney General
Civil Trial Section
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530


Local Office as follows:

Mary Wiggins
Process Clerk
U.S. Department of Justice, Civil Division
101 W. Broadway, 15th Floor
San Diego, CA 92101

982(a)(4)

| NAME AND ADDRESS OF SENDER: William P. Shannahan, Esq. 1200 Prospect Street, Suite 425 La Jolla, CA 92037 | TELEPHONE NO.: (858) 454-4424 | For Court Use Only: |
|---|---|---|

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
United States District Court, Southern District of California
940 Front Street
San Diego, CA 92101

**PLAINTIFF:** Fourth Investment LP., a California Limited Partnership

**DEFENDANT:** United States of America

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 08 CV 0110 J RBB |
|---|---|

TO: Michael Mukasey, Attorney General
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: January 28, 2008                    _____
                                                            (Signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [ ] Other: (Specify)

(To be completed by recipient)

Date of receipt: _____

_____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: _____

_____
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

---

Form Adopted by the
Judicial Council of California
Revised Effective January 1, 1975
[982(a)(4)]
Mandatory Form

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

982(a)(4)

| NAME AND ADDRESS OF SENDER: William P. Shannahan, Esq. 1200 Prospect Street, Suite 425 La Jolla, CA 92037 | TELEPHONE NO.: (858) 454-4424 | For Court Use Only: |
|---|---|---|
| Insert name of court, judicial district or branch court, if any, and Post Office and Street Address: United States District Court, Southern District of California 940 Front Street San Diego, CA 92101-8900 | | |
| PLAINTIFF: Fourth Investment LP., a California Limited Partnership | | |
| DEFENDANT: United States of America | | |
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number: 08 CV 0110 J RBB | |

TO: Mary Wiggins, Process Clerk, U.S. Department of Justice
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: January 28, 2008          _____
                                  (Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [X] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [ ] Other: (Specify)

(To be completed by recipient)

Date of receipt: . . . . . . . . . . . . . . . . . . . . . . . . . . .

_____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: . . . . . . . . . . . . . . . . . . . . . . . .

_____
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Form Adopted by the Judicial Council of California Revised Effective January 1, 1975 [982(a)(4)] Mandatory Form

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10; Cal. Rules of Court, Rule 1216