*Please complete this information.*

RECORDING REQUESTED BY:
Internal Revenue Service
AND WHEN RECORDED MAIL TO:

Internal Revenue Service
PO BOX 145585 Stop 8420G
Cincinnati, OH 45250-5585

F8
2P

14502

DOC #   2006-0502001

JUL 17, 2006   4:15 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        10.00
PAGES:          2

2006-0502001

Space above this line reserved for Recorder's Use Only
Govt. Code 27361.6

# Notice of Federal Tax Lien

(Please fill in document title(s) on this line)
Govt. Code 27324

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
Govt. Code 27361.6
(Additional recording fee applies)

EXHIBIT A

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH  45250-5585

**14503**

For Optional Use by Recording Office

| Form 668 (Y)(c) (Rev. February 2004) | 3511 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 299991506 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.     Nominee of

Name of Taxpayer   FOURTH INVESTMENT LIMITED PARTNERSHIP AS NOMINEE/ALTER EGO OF SUSANNE C. BALLANTYNE, AKA SUSANNE C. MCLANE, FKA SUSANNE C. CRAMER

Residence   3207 MCCALL STREET
SAN DIEGO, CA 92106

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1985 | XXX-XX-9422 | 06/30/1997 | 07/30/2007 | 1376986.07 |
| 1040 | 12/31/1986 | XXX-XX-9422 | 06/30/1997 | 07/30/2007 | 3796182.02 |
| 1040 | 12/31/1990 | XXX-XX-9422 | 01/02/1995 | N/A | 26795.38 |
| 1040 | 12/31/1997 | XXX-XX-9422 | 11/16/1998 | 12/16/2008 | 12531.15 |

This Federal Tax Lien is filed to attach to the interest of Fourth Investment Limited Partnership as nominee/alter ego of Susanne C. Ballantyne, aka Susanne C. McLane, fka Susanne C. Cramer in the specific real property commonly known as: 1280 Fourth Avenue, San Diego, CA 92101. Legal Description: AN UNDIVIDED 12.5% INTEREST IN THE NORTH HALF OF LOT K AND ALL OF LOT L IN BLOCK 11 OF HORTON'S ADDITION, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND ALL IMPROVEMENTS THEREON. Assessor's parcel number 533-434-10-00.

Place of Filing
COUNTY RECORDER
SAN DIEGO COUNTY
SAN DIEGO, CA 92101

Total $ 5212494.62

This notice was prepared and signed at   LOS ANGELES, CA  , on this, the   27th   day of   June  , 2006.

Signature   R. A. Mitchell
for M. RAINES

Title   REVENUE OFFICER
(760) 471-5900

27-06-3116

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X