1  KAREN P. HEWITT
   United States Attorney
2
   TOM STAHL, CBN 78291
3  Assistant United States Attorney
   880 Front Street, Room 6293
4  San Diego, California 92101

5  JUSTIN S. KIM
   Trial Attorney, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C.  20044-0683
   Telephone:     (202) 307-0977
8  Facsimile:     (202) 307-0054
   E-mail:        justin.s.kim@usdoj.gov
9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                    SOUTHERN DISTRICT OF CALIFORNIA

12  FOURTH INVESTMENT LP,
13                                              Civil No. 08-cv-0110-IEG-RBB
               Plaintiff,
14                                              NOTICE OF RELATED CASE
        v.
15
    UNITED STATES OF AMERICA,
16
               Defendant.
17

18      Pursuant to Local Civil Rule 40.1(e), the United States files this Notice, identifying <u>Leeds LP v.

19  United States</u>, Case No. 08-cv-0100-BTM-BLM (S.D. Cal.), as a potentially related case.  The <u>Leeds LP</u>

20  case has been assigned to Judge Barry T. Moskowitz.  Although brought by two different plaintiffs, the

21  pleadings in these two cases are substantially similar as the allegations concern nominee federal tax liens

22  filed against two separate parcels of real property held by the plaintiffs as nominees of the same

23  taxpayers.  As the two cases will share common legal issues regarding nominee liens and jurisdictional

24  issues regarding the wrongful levy claim and some overlapping factual issues, both cases should be

25  assigned to a single district judge.

26  //

27  //

28

1  DATED this 20th day of March, 2008.

2                        Respectfully submitted,

3                        KAREN P. HEWITT
                        United States Attorney

4
                       TOM STAHL
5                        Assistant United States Attorney

6
                        /s/ Justin S. Kim
7                        JUSTIN S. KIM
                       Trial Attorney, Tax Division
8                        United States Department of Justice

9                        Attorneys for the United States

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: William P. Shannahan, wpshan@sbcglobal.net; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non CM/ECF participants: none.

        /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice