IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

FOURTH INVESTMENT LP,

             Plaintiff,

     v.

UNITED STATES OF AMERICA,

             Defendant.

Civil No. 08-cv-0110-IEG-RBB

ORDER

For good cause shown, the United States' Motion for Extension of Time to File Responsive Pleading or Motion is GRANTED. The United States shall file a responsive pleading to, or an appropriate motion regarding, the First Amended Complaint no later than April 30, 2008.

**IT IS SO ORDERED.**

**DATED:  March 23, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**