1  KAREN P. HEWITT
   United States Attorney
2
   TOM STAHL, CBN 78291
3  Assistant United States Attorney
   880 Front Street, Room 6293
4  San Diego, California 92101

5  JUSTIN S. KIM
   Trial Attorney, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C. 20044-0683
   Telephone:   (202) 307-0977
8  Facsimile:   (202) 307-0054
   E-mail:      justin.s.kim@usdoj.gov
9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                   SOUTHERN DISTRICT OF CALIFORNIA

12  FOURTH INVESTMENT LP,
                                          Civil No. 08-cv-0110-BTM-BLM
13           Plaintiff,
                                          THE UNITED STATES' NOTICE OF
14       v.                               MOTION AND MOTION TO DISMISS
                                          CLAIM ONE OF THE FIRST AMENDED
15  UNITED STATES OF AMERICA,             COMPLAINT

16           Defendant.                   Date:      May 16, 2008
                                          Time       10:00 a.m.
17                                        Location:  Courtroom 15

18                                        NO ORAL ARGUMENT UNLESS
                                          REQUESTED BY THE COURT
19

20       PLEASE TAKE NOTICE THAT the United States of America will bring this Motion to Dismiss

21  Claim One of the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1), for

22  hearing before the Honorable Barry T. Moskowitz, United States District Judge, on May 16, 2008, at

23  10:00 a.m., or soon thereafter.   This Court lacks subject matter jurisdiction over Plaintiff's wrongful levy

24  claim under 26 U.S.C. § 7426.  A Memorandum in support of the Motion is submitted herewith.

25  ///

26  ///

27

28

1  DATED this 10th day of April, 2008.

2                             Respectfully submitted,

3                             KAREN P. HEWITT
                            United States Attorney

4
                           TOM STAHL

5                             Assistant United States Attorney

6
                           /s/ Justin S. Kim

7                             JUSTIN S. KIM
                           Trial Attorney, Tax Division

8                             United States Department of Justice

9                             Attorneys for the United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  US Motion to Dismiss Claim One             - 2 -             Civil No. 08-cv-0110-BTM-BLM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: William P. Shannahan, wpshan@sbcglobal.net; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non CM/ECF participants: none.

```
 /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
```