WILLIAM P. SHANNAHAN, CBN 33226
A Professional Law Corporation
1200 Prospect Street, Suite 425
La Jolla, California 92037
Telephone: (858) 454-4424
Facsimile: (858) 551-2161
E-mail: wpshan@sbcglobal.net

DAVID J. LENCI, WSBN 7688
MICHAEL K. RYAN, WSBN 32091
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Facsimile: (206) 623.7022
E-mail: david.lenci@klgates.com
       michael.ryan@klgates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH INVESTMENT, LP, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 08-cv-0110-BTM-BLM<br><br>**CERTIFICATE OF SERVICE OF PRAECIPE TO MEMORANDUM** |

## CERTIFICATE OF SERVICE

I hereby certify that on the May 6, 2008, I electronically filed the Praecipe to Memorandum in Response to Defendant's Motion to Dismiss Claim One with the Clerk of the Court for the United States District Court for the Southern District of California, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following

CERTIFICATE OF SERVICE OF PRAECIPE
TO FOURTH INVESTMENT'S RESPONSE TO
UNITED STATES' MOTION TO DISMISS CLAIM
1 - 1
08-CV-0110-BTM-BTM

K:\2066324\00001\20919_MR\20919P21IN

attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Justin S Kim    justin.s.kim@usdoj.gov, western.taxcivil@usdoj.gov

William P Shannahan    wpshan@sbcglobal.net

U S Attorney CV    Efile.dkt.civ@usdoj.gov

Signed at Seattle, Washington, May 7, 2008.

/s/ Michael K, Ryan
**MICHAEL K. RYAN**
Michael K. Ryan, *pro hac vice*
David J. Lenci, *pro hac vice*

Wiliam P. Shannahan, CBN33226
Attorneys for Plaintiff Fourth Investment

**CERTIFICATE OF SERVICE OF PRAECIPE**
TO FOURTH INVESTMENT'S RESPONSE TO
UNITED STATES' MOTION TO DISMISS CLAIM
1 - 2
08-CV-0110-BTM-BTM
K:\2066324\00001\20919_MR\20919P21IN