WILLIAM P. SHANNAHAN, CBN 33226
A Professional Law Corporation
1200 Prospect Street, Suite 425
La Jolla, California 92037
Telephone: (858) 454-4424
Facsimile: (858) 551-2161
E-mail: wpshan@sbcglobal.net

DAVID J. LENCI, WSBN 7688 (pro hac vice)
MICHAEL K. RYAN, WSBN 32091 (pro hac vice)
K & L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Facsimile: (206) 623.7022
E-mail: david.lenci@klgates.com
        michael.ryan@klgates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH INVESTMENT LP,,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. 08cv0110-BTM (BLM)<br><br>**PROPOSED JOINT DISCOVERY PLAN** |

The parties submit the following Proposed Joint Discovery Plan, as required by the Court's Order of July 15, 2008 ("July 15 Order").

A.     The parties Fed. R. Civ. P. 26(f) conference was held on July 24, 2008 telephonically between David Lenci and Michael Ryan for Plaintiff Fourth Investment LP, a California Limited Partnership, and Justin Kim for defendant United States of America.

B.     <u>PRE-DISCOVERY DISCLOSURES.</u> The parties will exchange by August 15, 2008, the information required by Fed. R. Civ. P. 26(a)(1), as directed by the Order entered July 15, 2008.

PROPOSED JOINT DISCOVERY PLAN - 1
Case No. 08cv0110-BTM (BLM)
K:\2066324\00001\20369_DJL\20369P22U1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

C. **CASE MANAGEMENT SCHEDULE.** A Case Management conference is set for August 18, 2008 at 11:00 a.m. The parties propose the following dates:

1. A discovery cut-off date of May 15, 2009.

2. A deadline for filing motions to amend the pleadings of February 13, 2009, ninety (90) days prior to the close of discovery.

3. Disclosure of expert witnesses to be made by March 16, 2009, sixty (60) days before the discovery cut-off date pursuant to Fed. R. Civ. P. 26(a)(2)(C). Disclosures respecting rebuttal experts to be made by April 15, 2009, thirty (30) days after the initial disclosures of experts.

4. Dispositive motions to be filed by June 15, 2009, no later than thirty (30) days after the discovery cut-off date.

5. The joint pretrial order to be filed by July 14, 2009, no later than thirty (30) days after the date to be set for filing of dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order to be suspended until thirty days after the decision of the dispositive motions or further order of the Court.

D. **DISCOVERY PLAN.** The parties jointly propose the following discovery plan outlining the scope and timing of discovery. Any variations from Fed. R. Civ. P. 26 or Local Civil Rules are identified and explained below:

1. Discovery will be needed on the following subjects:

    a. Factual bases for nominee and/or alter ego determination.

    b. Prior transfers of subject property.

2. Number of interrogatories per party: 25, except with leave of court as provided in Local Rule 33.1.

3. The parties will comply with Local Civil Rule 36.1 regarding requests for admission.

PROPOSED JOINT DISCOVERY PLAN - 2
Case No. 08cv0110-BTM (BLM)
K:\2066324\00001\20369_DJL\20369P22U1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

4. There will be a maximum of ten depositions per party, except with leave of court as provided in Fed. R. Civ. P. Rule 30, 31.

5. Reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be exchanged as provided in the Case Management Schedule.

6. The parties shall supplement their discovery responses, as required under Fed. R. Civ. P. 26(e), two months prior to the close of discovery and one month prior to trial.

7. The parties have not identified any issues for early discovery whose early resolution might reduce appreciably the scope of the dispute or significantly contribute to settlement, to be completed as described.

8. Potentially protracted discovery issues: none identified

9. (Patent cases only) This case involves no patent issues. A *Markman* hearing will not be needed.

10. No anticipated protective orders.

E. **OTHER MATTERS.** None at this time.:

Dated August 15, 2008.

K & L GATES ELLIS LLP

By _____
David J. Lenci (pro hac vice)
Michael K. Ryan (pro hac vice)

William P. Shannahan

Attorneys for Plaintiff
Fourth Investment LP

PROPOSED JOINT DISCOVERY PLAN - 3
Case No. 08cv0110-BTM (BLM)
K:\2066324\00001\20369_DJL\20369P22U1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | |
| 2 | KAREN P. HEWITT<br>United States Attorney |
| 3 | TOM STAHL, CBN 78291<br>Assistant U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101 |
| 4 | |
| 5 | |
| 6 | By  /s/ Justin S. Kim<br>    JUSTIN S. KIM<br>    Trial Attorney, Tax Division<br>    PO Box 683, Ben Franklin Station<br>    Washington, D.C. 20044-0683 |
| 7 | |
| 8 | Attorneys for Defendant United States of America |
| 9 | |

PROPOSED JOINT DISCOVERY PLAN - 4
Case No. 08cv0110-BTM (BLM)

K:\2066324\00001\20369_DJL\20369P22U1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022